United States District Court
Southern District of Texas
**ENTERED**
April 09, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC., § § Plaintiff, § § VS. § JOHN DOE, subscriber assigned IP address § 73.155.179.141, § § Defendant. § | CIVIL ACTION NO. H-18-0223 |

### ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 9), this action is dismissed with prejudice.

SIGNED on April 6, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge